| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

CHRISTINA WARREN,

        Plaintiffs,

   v.

NOVO NORDISK, INC.,

        Defendants.

Case No. 18-cv-04221 (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 15, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: March 29, 2019.

DESIGNATION OF EXPERTS: March 29, 2019; REBUTTAL: April 12, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: May 3, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; May 17, 2019;
    Opp. Due: May 31, 2019; Reply Due: June 7, 2019;
    and set for hearing no later than June 21, 2019 at 10:00 a.m.

PRETRIAL CONFERENCE DATE: September 17, 2019 at 3:30 PM.

JURY TRIAL DATE: September 30, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 to 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur between 2/25/19 and 3/8/19.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 11/5/18

_____
SUSAN ILLSTON
United States District Judge